# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LBD PARENT HOLDINGS, LLC, | ) | Case No. 20-11769 (BLS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. 46-4354563 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LBD INTERMEDIATE HOLDINGS, LLC, | ) | Case No. 20-11770 (BLS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. 46-4377702 |
| | ) | |
| | ) | **Re: Docket Nos. 188 & 192** |

## FINAL DECREE CLOSING THE REMAINING DEBTORS' CHAPTER 11 CASES

Upon consideration of the *Plan Administrator's Motion for Entry of a Final Decree Closing the Remaining Debtors' Chapter 11 Cases* (the "**Motion**")[1] of Berkeley Research Group, LLC, as plan administrator of the debtors (together, the "**Remaining Debtors**") in the above-captioned chapter 11 cases (the "**Closing Cases**"), for entry of a final decree and order (this "**Final Decree**"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (a) closing the Closing Cases and (b) terminating all claims and noticing services (the "**Claims and Noticing Services**") of Epiq Corporate Restructuring, LLC ("**Epiq**"); and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits and denied with prejudice.

3. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the following Chapter 11 Cases are hereby closed as of the date of entry of this Final Decree:

| *Debtor* | *Case Number* |
|---|---|
| LBD Parent Holdings, LLC | 20-11769 |
| LBD Intermediate Holdings, LLC | 20-11770 |

4. The Remaining Debtors shall provide to the U.S. Trustee all quarterly reports not already filed, including reports for any partial quarter, within 14 days after entry of this Final Decree, and pay any fees due to the U.S. Trustee pursuant to 28 U.S.C. § 1930 ("**Quarterly Fees**"), including Quarterly Fees for disbursements up through the date of entry of this Order, even if for a partial quarter, within 21 days after entry of this Final Decree; *provided*, *however*, that if any of the Remaining Debtors seeks to dissolve prior to 21 days after the entry of this Final Decree, such Debtor shall pay all Quarterly Fees to the U.S. Trustee prior to dissolving.

5. Entry of this Final Decree is without prejudice to the rights of the Debtors, the Plan Administrator, the U.S. Trustee, or any other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code, including the rights of the U.S. Trustee to seek to reopen the Chapter 11 Cases to seek appropriate relief in the event of an unresolved dispute over the payment of Quarterly Fees or the quarterly reports.

US-DOCS\129937388.4

6. Entry of this Final Decree does not affect any provisions of the Confirmation Order or the Plan, including the releases provided for in Article X of the Plan.

7. The Claims and Noticing Services are terminated upon the completion of the services listed herein. Thereafter, Epiq shall have no further obligations to this Court, the Plan Administrator, the Debtors, or any other party in interest with respect to the Claims and Noticing Services in the Chapter 11 Cases.

8. Pursuant to Local Rule 2002-1(f)(ix), within 28 days of entry of this Final Decree, Epiq shall (a) forward to the Clerk of the Court an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, and (c) docket a final claims register in the lead case containing claims of all cases. Epiq shall also box and deliver all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims. If Epiq receives any mail regarding the Debtors or these Chapter 11 Cases, Epiq shall collect and forward such mail no less frequently than monthly to the Plan Administrator.

9. The Plan Administrator and Epiq are authorized to take all actions that may be necessary to satisfy the provisions of this Final Decree, including, without limitation and with respect to the Plan Administrator, collection and distribution of any remaining property of the Debtors' estates in accordance with the Plan.

10. Proper and adequate notice of the Motion was given, and no other or further notice is necessary.

11. The Clerk of the Court shall enter this Final Decree on the docket of the Closing Cases, and thereafter each such docket shall be marked as "Closed."

12. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree

**Dated: April 5th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**